1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   JILL P. SAZAMA, ESQ. (SBN 214215)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/27314
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  COUNTY OF ALAMEDA

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | LEILANI JIMENEZ, individually and as               ) | Case No.: C-13-04620 CRB
   | successor-in-interest for Decedent DENNIS          ) |
11 | JIMENEZ; J.J., a minor, by and through his         ) |
   | guardian ad litem Leilani Jimenez; D.J., a         ) | **ORDER PURSUANT TO**
12 | minor, by and through her guardian ad litem        ) | **STIPULATION OF THE PARTIES**
   | Leilani Jimenez, and DENNIS JIMENEZ, Jr.           ) | **GRANTING CONTINUANCE OF**
13 | an individual,                                     ) | **INITIAL CASE MANAGEMENT**
   |                                                    ) | **CONFERENCE DATE BY ONE WEEK**
14 |             Plaintiffs,                            ) |
   |                                                    ) |
15 | vs.                                                ) | Dept: Courtroom 6, 17th Floor
   |                                                    ) |
16 | COUNTY OF ALAMEDA, a municipal                     ) | Complaint Filed:  October 14, 2013
   | corporation and DOES 1-50, individually,           ) |
17 | inclusive,                                         ) |
   |                                                    ) |
18 |             Defendants.                            ) |

19

20         Pursuant to the stipulation of the parties, and good cause appearing therefor, the court

21  hereby GRANTS the parties' stipulated request to continue the initial case management

22  conference, currently scheduled for January 17, 2014, to **January 24, 2014, at 8:30 a.m**.  The

23  deadline for filing a joint case management conference statement shall be changed accordingly to

24  January 17, 2014.

25  IT IS SO ORDERED.

26  Nov. 26, 2013                              By: _____
                                                   CHARLES R. BREYER
27                                                 United States District Judge

28  27314\634578

-1-

ORDER PURSUANT TO STIPULATION OF THE PARTIES TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE DATE BY ONE WEEK  Jimenez v. County of Alameda - Case No.: C-13-04620 CRB