GREGORY J. ROCKWELL, ESQ. (SBN 67305)
JILL P. SAZAMA, ESQ. (SBN 214215)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/27314
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation and DOES 1-50, individually, inclusive,<br><br>　　　　　Defendants. | Case No.: C-13-04620 CRB<br><br>**ORDER PURSUANT TO STIPULATION OF THE PARTIES GRANTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE DATE BY ONE WEEK**<br><br>Dept: Courtroom 6, 17th Floor<br><br>Complaint Filed:  October 14, 2013 |

Pursuant to the stipulation of the parties, and good cause appearing therefor, the court hereby GRANTS the parties' stipulated request to continue the initial case management conference, currently scheduled for January 17, 2014, to **January 24, 2014, at 8:30 a.m**.  The deadline for filing a joint case management conference statement shall be changed accordingly to January 17, 2014.

IT IS SO ORDERED.

Nov. 26, 2013                                    By: _____
                                                              CHARLES R. BREYER
                                                              United States District Judge

27314\634578

-1-