```
1  JOHN L. BURRIS, Esq., SBN 69888
   BENJAMIN NISENBAUM, Esq., SBN 222173
2  THE LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Center
3  7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   John.Burris@johnburrislaw.com
6
7  Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, a municipal corporation and DOES 1-50, individually, inclusive; <br><br> Defendants. | Case No.: C 13-04620 CRB <br><br> **STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## STIPULATION

WHEREAS, Defendants in the above-entitled action filed a Motion for Partial Summary Judgment in this action to be heard by the Court on August 14, 2015 at 10:00 a.m.

---

*Jimenez v. County of Alameda, et al*  
Stipulation and Proposed Order Continuing Further CMC and Hearing on Motion for Partial Summary Judgment

1

1  WHEREAS, the Court continued on its own motion to August 14, 2015
2  at 10:00 a.m. a Further Case Management Conference in this matter which had
3  been scheduled to be held on July 20, 2015.
4  WHEREAS, Plaintiffs' lead counsel in this action, Ben Nisenbaum, has
5  a longstanding scheduled family vacation to Mexico from August 12-August 19,
6  2015 with counsel's in-laws.
7  WHEREAS, Plaintiffs' lead counsel, Ben Nisenbaum, is the best
8  equipped and prepared lawyer in this case in Plaintiffs' counsel's office to
9  argue against Defendants' Partial Motion for Summary Judgment.
10  WHEREFORE, The parties stipulate that the Case Management
11  Conference and hearing on Defendants' Partial Motion for Summary Judgment
12  be continued by two weeks to August 28, 2015 at 10:00, when counsel for all
13  parties are mutually available.
14  IT IS SO STIPULATED.

**LAW OFFICES OF JOHN L. BURRIS**

Dated: August 3, 2015          By: /s/*Benjamin Nisenbaum*
                               Ben Nisenbaum
                               Attorney for Plaintiffs

Dated: July 22, 2015           **BOORNAZIAN, JENSEN & GARTHE**

                               By: /s/*Gregory J. Rockwell*
                               Gregory J. Rockwell, Esq.
                               Attorneys for Defendants

*Jimenez v. County of Alameda, et al*                                              2
Stipulation and Proposed Order Continuing Further CMC and Hearing on
Motion for Partial Summary Judgment

1
2
**ORDER**

3   PURSUANT TO THE FOREGOING STIPULATION, good cause shown, the
4  Further Case Management Conference and hearing on Defendant Motion for Partial
5  Summary Judgment is continued to September 18, 2015 at 10:00 a.m.
6
7   **IT IS SO ORDERED.**
8
Dated:  August 3, 2015
9 
   _____
   Honorable Charles R. Breyer
10   UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jimenez v. County of Alameda, et al*                                                                 3
Stipulation and Proposed Order Continuing Further CMC and Hearing on
Motion for Partial Summary Judgment