1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEILANI JIMENEZ, individually, and as          No. C 13-04620 CRB
     successor-in-interest for Decedent DENNIS
12   JIMENEZ; J.J., a minor, by and through his     **ORDER RE: MOTION FOR PARTIAL**
     guardian ad litem Leilani Jimenez; D.J., a minor,  **SUMMARY JUDGMENT AND REQUEST**
13   by and through her guardian ad litem Leilani   **FOR TIME TO COMPLETE**
     Jimenez, and DENNIS JIMENEZ, Jr. an            **ADDITIONAL DISCOVERY**
14   individual; DENISE GAINES, an individual; and
     ANITA JIMENEZ, an individual,
15
                    Plaintiff,
16
          v.
17
     COUNTY OF ALAMEDA, et al.,
18
                    Defendant.
19   _____/

20          Defendant has moved for partial summary judgment.  See Motion (dkt. 35).  Plaintiff's

21   response notes that discovery in this matter has not been closed and that Plaintiff wishes to

22   depose at least one additional witness.  See Response (dkt. 38) at 9.  Rule 56(d) provides that

23   "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot

24   present facts essential to justify its opposition, the court may: (1) defer considering the

25   motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or

26   (3) issue any appropriate order."   Fed. R. Civ. P. 56(d).   Plaintiff did not include an affidavit

27   or declaration with its response as required by Rule 56(d),  see Response (dkt. 38), and

28   //

**United States District Court**
For the Northern District of California

1   Plaintiff is ordered to submit such an affidavit no later than Monday, September 21, 2015.

2

3       **IT IS SO ORDERED.**

4

5   Dated:  September 16, 2015

6                                                   CHARLES  R. BREYER
                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2