United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual; DENISE GAINES, an individual; and ANITA JIMENEZ, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendant. | No. C 13-4620 CRB<br><br>**Order Re: Second Stipulation to Continue Case Management Conference and Hearing on Defendants' Motion for Partial Summary Judgment** |

The parties have stipulated to continue the September 25, 2015 case management conference and hearing on Defendants' motion for partial summary judgment. See Second Stipulation (dkt. 49). Good cause having been shown, the Court ORDERS the conference and hearing continued until October 9, 2015.

**IT IS SO ORDERED.**

Dated: September 24, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE