1
2  JOHN L. BURRIS, Esq., SBN 69888
   BENJAMIN NISENBAUM, Esq., SBN 222173
3  THE LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Center
4  7677 Oakport Street, Suite 1120
   Oakland, California 94621
5  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
6  John.Burris@johnburrislaw.com
7
   Attorneys for Plaintiffs
8
9
                UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual; DENISE GAINES, an individual; and ANITA JIMENEZ, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA, a municipal corporation, ERIK HOLM, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMEDA, DEREK FRELIGH, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMEDA; J. CESENA, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMDEA; and DOES 4-50, individually, inclusive;<br><br>    Defendants. | Case No.: C 13-14620 CRB<br><br>**AMENDED ORDER FOR DEPOSITION OF LEON EVANS** |

AMENDED ORDER FOR DEPOSITION OF LEON EVANS                                1

**TO SOLANO COUNTY JAIL, THE PARTIES, AND ATTORNEYS IN THE ABOVE-ENTITLED ACTION:**

Having duly-noticed the deposition of an inmate in custody of Solano County, as reflected in the deposition notice attached as Exhibit A to this Order, it is hereby ordered that Plaintiffs in the above-entitled action shall take the deposition of witness LEON EVANS on **October 16, 2015,** commencing at **1:00 p.m.** and ending by **4:00 p.m.**

The deposition shall take place in the Mail Lounge at Solano County Jail, 500 Union Avenue, Fairfield, CA 94533. The attorneys and court reporter shall check in at the Visiting Lobby at 12:45 p.m., 15 minutes prior to start of the deposition, and be escorted to the Mail Lounge where the deposition shall take place.

The deposition will be taken under oath before a certified shorthand reporter.

**IT IS SO ORDERED.**

DATED: October 14, 2015        _____
                                                        Hon. Charles R. Breyer
                                                        UNITED STATES DISTRICT JUDGE