JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation and DOES 1-50, individually, inclusive;<br><br>Defendants. | Case No.: C 13-04620 CRB<br><br>**FURTHER STIPULATION AND (PROPOSED) ORDER TO CONTINUE DATE FOR HEARING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## **STIPULATION**

WHEREAS, Defendants in the above-entitled action filed a Motion for Partial Summary Judgment in this action that was originally noticed to be heard by the Court on August 14, 2015 at 10:00 a.m. (Docket #35)

-1-

Further Stipulation and Proposed Order Continuing Date for Hearing Defendants' Motion for Partial Summary Judgment
*Jimenez v. County of Alameda*; USDC-Nor. Dist. Case No. C-13-04620 CRB

WHEREAS, on August 3, 2015, the Court, pursuant to the stipulation of the parties, continued the hearing on the motion and to September 18, 2015. (Docket #45)

WHEREAS, on September 14, 2015, the Court, on its own motion, continued the hearing on the motion to September 25, 2015 at 10:00 a.m. (Docket #46 and 47)

WHEREAS, on stipulation of the parties, the hearing on the motion was again continued to October 9, 2015.  (Docket #53)

WHEREAS, on October 5, 2015, the Court denied defendants' motion without prejudice in order to give plaintiffs' counsel an opportunity to take the depositions of two inmate witnesses, whose testimony counsel felt is necessary to permit him to oppose the defendants' motion.  (Docket #54)

WHEREAS, on October 9, 2015, the Court set a new hearing date for defendants' motion for partial summary judgment of January 15, 2016.  (Docket #57)

WHEREAS, the depositions of the two inmate witnesses were taken by plaintiffs' counsel on October 16 and November 12, 2015.

WHEREAS, unless a party requests that the preparation of a transcript of a deposition be expedited, it is common practice for court reporters prepare and provide the transcript of a deposition to the attorneys within two (2) weeks of the date of the deposition.

WHEREAS, to date, the court reporting firm contracted by the attorney for the plaintiffs to report the depositions, Barbara J. Butler & Associates, has not provided transcripts of either of the inmate witnesses to the parties.

WHEREAS, counsel for the defendants' assistant, and defense counsel himself, tried to reach Barbara J. Butler & Associates to ascertain the status of

the deposition transcripts on November 23, 25 and 30, 2015, but they reached only a voicemail system and did not receive a call back.  It is presently unknown when the parties will receive the transcripts.

WHEREAS, before refiling the motion for partial summary judgment, counsel for the defendants wishes to have an opportunity to review both transcripts and determine which portions of them need to be incorporated into the motion and rewrite the motion accordingly.  At present it appears unlikely that he will have sufficient time to have the motion ready in time to be filed by December 9, 2015, the deadline for filing the motion.

WHEREFORE, counsel hereby stipulate and request that the date for hearing defendants' motion for partial summary judgment be reset to February 19, 2016 at 10:00 a.m., or to such later date that is convenient to the Court's calendar.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | **LAW OFFICES OF JOHN L. BURRIS** |
| Dated: December 3, 2015 | By: /s/ *Ben Nisenbaum, Esq.* |
|  | Ben Nisenbaum |
|  | Attorney for Plaintiffs |
| Dated:  November 30, 2015 | **BOORNAZIAN, JENSEN & GARTHE** |
|  | By:  /s/ *Gregory J. Rockwell, Esq.* |
|  | Gregory J. Rockwell, Esq. |
|  | Attorneys for Defendants |

-3-

Further Stipulation and Proposed Order Continuing Date for Hearing Defendants' Motion for Partial Summary Judgment
*Jimenez v. County of Alameda*; USDC-Nor. Dist. Case No. C-13-04620 CRB

## ~~(Proposed)~~ ORDER

PURSUANT TO THE FOREGOING STIPULATION, good cause shown, date for hearing the Defendants' Motion for Partial Summary Judgment is continued to February 19, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 12/4/2015                             _____
                                             Honorable Charles R. Breyer
                                             UNITED STATES DISTRICT JUDGE

-4-