IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual; DENISE GAINES, an individual; and ANITA JIMENEZ, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendant. | No. C 13-04620 CRB<br><br>**ORDER RE: SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR TIME TO COMPLETE ADDITIONAL DISCOVERY** |

In response to Defendants' second motion for summary judgment, Plaintiffs again request time to conduct additional discovery.  See Response (dkt. 65) at 10; Fed. R. Civ. P. 56(d); Declaration in Support of Rule 56(d) Request (dkt. 69).  Defendants object to Plaintiffs' request.  See Response to Declaration (dkt. 70).  In light of this ongoing discovery dispute, the Court VACATES the summary judgment hearing set for February 19, 2016 and SETS a case management conference for February 19, 2016 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: February 11, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE