JOHN L. BURRIS, Esq., SBN 69888
BENJAMIN NISENBAUM, Esq., SBN 222173
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI JIMENEZ, individually, and as successor-in-interest for Decedent DENNIS JIMENEZ; J.J., a minor, by and through his guardian ad litem Leilani Jimenez; D.J., a minor, by and through her guardian ad litem Leilani Jimenez, and DENNIS JIMENEZ, Jr. an individual; DENISE GAINES, an individual; and ANITA JIMENEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Plaintiffs,v.<br><br>COUNTY OF ALAMEDA, a municipal corporation, ERIK HOLM, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMEDA, DEREK FRELIGH, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMEDA; J. CESENA, individually and in his official capacity as a deputy sheriff for the COUNTY OF ALAMDEA; and DOES 4-50, individually, inclusive;<br><br>Defendants. | Case No.: C 13-4620 CRB<br><br>**NOTICE OF DISMISSAL AND ORDER** |

1

Pursuant to the terms of the settlement agreement reached and executed in this action, Plaintiffs hereby dismiss this matter with prejudice.

**LAW OFFICES OF JOHN L. BURRIS**

Dated: January 5, 2017          /s/*Benjamin Nisenbaum*_____
                                Benjamin Nisenbaum
                                Attorney for Plaintiffs

**ORDER**

Pursuant to the execution of the settlement reached in the above-noted action, the action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 6, 2017          _____
                                Hon. Charles R. Breyer
                                UNITED STATES DISTRICT JUDGE

2